THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State of South Carolina, Respondent,
 
 
 

v.

 
 
 
 Fulton C. Legette, Appellant.
 
 
 

Appeal From Dillon County
 Paul M. Burch, Circuit Court Judge

Unpublished Opinion No. 2005-UP-377
Submitted June 1, 2005  Filed June 13, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
 Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia and Solicitor Jay E. Hodge, Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM:  Fulton Legette appeals the denial of his motion for directed verdict, arguing the State presented insufficient evidence of guilt. After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Legettes appeal, and grant counsels motion to be relieved.
APPEAL DISMISSED. [1]
ANDERSON, STILWELL and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.